# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144463

P & R DEVELOPERS, L.L.C.,
      Plaintiff/Counter-Defendant/Appellee,
and

ROGER MACLEOD,
      Counter-Defendant-Appellee,

v

SCOTT T. BOSGRAAF TRUST U/A/D 2/25/88,
by SCOTT T. BOSGRAAF, Trustee and
Individually,
      Defendant/Counter-Plaintiff/
      Appellant,
and

SUZANNE L. BOSGRAAF, Trustee,
      Defendant-Appellant.

SC: 144463
COA: 297439
Ottawa CC: 08-063200-CH

_____/

      On order of the Court, the application for leave to appeal the December 8, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

Clerk

t0618